**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**GERMAINE HALL,** )<br>)<br>**Defendant.** )<br>) | **Case No. 3:17-cr-0019** |

## ORDER

**BEFORE THE COURT** is Defendant Germaine Hall's ("Hall") Motion to Reduce Sentence or for Compassionate Release, filed on September 8, 2020. (ECF No. 447.)

In his motion, Hall argues that he suffers from "obesity, immune system deficiencies from smoking, and shortness of breath" which "put his life at risk from COVID-19 infection." *Id.* at 1. Record evidence does not provide documentation of Hall's medical diagnoses for consideration of his motion.[1] The Court acknowledges that Hall does not want counsel appointed to represent him in this matter. (ECF No. 476.)

These premises considered, it is hereby

**ORDERED** that Defendant Hall shall submit, on or before December 15, 2020, documentation of any medical condition that he would like the Court to consider as part of his motion for compassionate release; and it is further

**ORDERED** that a copy of this Order shall be served on Defendant Hall by certified mail return receipt requested and that a copy of the return receipt shall be filed on the docket.

**Dated:** December 1, 2020

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**District Judge**

---

[1] Exhibit 1 of the Motion to Reduce Sentence was labeled "Medical Records" but contained only Defendant Hall's *Individualized Needs Plan – Program Review.*