# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:17-cr-0019 |
| ) | |
| **GERMAINE HALL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is Defendant Germaine Hall's ("Hall") Motion for Stay of Proceedings, filed on January 4, 2021. (ECF No. 480.) For the reasons stated herein, Hall's motion will be granted.

On September 8, 2020, Hall filed a *pro* se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 447.) In his motion, Hall asserts that he suffers from "obesity, immune system deficiencies from smoking, and shortness of breath." *Id.* at 1. Hall argues that these are conditions that puts his life at risk from infection by COVID-19. He further argues that this increased risk presents an extraordinary and compelling reason to warrant relief under 18 U.S.C. § 3582(c)(1)(A). To his motion, Hall attached the electronic response to Hall's request for the Bureau of Prisons ("BOP") to submit a motion for compassionate release, an affidavit by Hall, and Hall's "Individualized Needs Plan" from the BOP, which was labeled "Medical Records." No medical records were filed with Hall's motion. The United States filed an opposition to Hall's order on September 22, 2020. (ECF No. 458.)

On December 1, 2020, the Court ordered that Hall submit, on or before December 15, 2020, "documentation of any medical condition that he would like the court to consider as part of his motion for compassionate release." (ECF No. 477 at 1.) In Hall's instant motion, he asserts that he did not receive the order from the Court until December 21, 2020, after the deadline had passed. Hall also argues that he requested a copy of his medical records "months prior to the filing[ ] of his motion for compassionate release . . . but has yet to receive a single document from Health Services." (ECF No. 480 at 1.) Hall further asserts that he "was told that upon the filing of a motion for compassionate

*United States v. Hall*
Case No. 3:17-cr-0019
Order
Page 2 of 2

release, the U.S. Probation Office will contact the prison for his medical records. Upon this representation, Hall filed his motion for compassionate release." *Id.* at 2. Hall thereby requests a stay of these proceedings for time to obtain his medical records.

These premises considered, it is hereby

**ORDERED** that Germaine Hall's motion is **GRANTED**; it is further

**ORDERED** that these proceedings are **STAYED**; it is further

**ORDERED** that the United States **SHALL**, within fourteen (14) days of the date of this order, file under seal all medical records pertaining to Germaine Hall that are in the possession, custody, and control of the BOP; and it is further

**ORDERED** that a copy of this Order **SHALL** be served on Defendant Hall by certified mail return receipt requested and that a copy of the return receipt shall be filed on the docket.

**Dated:** January 14, 2021         */s/ Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **District Judge**